JAMES FITZPATRICK, as Administrator, etc., Appellant, *v.* THE
NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COM-
PANY, Respondent.
          21 WK Dig 169
(Argued February 11, 1885 ; decided March 3, 1885.)

*Julius Lipman* for appellant.

*H. H. Anderson* for respondent.

*Per curiam* mem. for reversal on the ground that the trial
court erred in nonsuiting plaintiff, that the case should have
been submitted to the jury.
All concur, except RAPALLO, J., not voting.
Judgment reversed.

---

WILLIAM W. THOMAS et al., as Administrators, etc., Respond-
ents, *v.* THE UTICA AND BLACK RIVER RAILROAD COMPANY,
Appellant.

(Argued February 11, 1885 ; decided March 3, 1885.)
          6 Civ Pro 353 affirmed
*A. M Beardsley* for appellant.

*E. D. Matthews* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.